1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANK MORROW, Trustee of the At Home
Corporation General Unsecured Trust,

        Plaintiff,

  v.

THE MTVi GROUP, L.P., MTV NETWORKS,
et al.,

        Defendants.

_____/

No. C-04-0931 MMC

**ORDER OF DISMISSAL**

     The parties having advised the Court that they have agreed to a settlement of the
above-titled action,

     IT IS HEREBY ORDERED that said action be dismissed without prejudice; provided,
however, that if any party hereto shall certify to this Court, within ninety days, with proof of
service of a copy thereon on opposing counsel, that the agreed consideration for the
settlement has not been delivered, the foregoing Order shall stand vacated and the action
shall forthwith be restored to the calendar to be set for trial.

     **IT IS SO ORDERED.**

Dated: May 16, 2005

/s/ Maxine M. Chesney
MAXINE M. CHESNEY
United States District Judge