1  CHRISTOPHER H. HART (CSBN 184117)
   DAWN D. JOHNSON (CSBN 227076)
2  MCNUTT & LITTENEKER, LLP
   188 The Embarcadero, Suite 800
3  San Francisco, California 94105
   Telephone: (415) 995-8475
4  Facsimile: (415) 995-8487

5  MICHAEL ST. JAMES (State Bar No 95653)
   BONNIE ST. JAMES (State Bar No 95266)
6  ST. JAMES POST-CONFIRMATION RECOVERY SERVICES, P.C.
   182 Howard Street, #3
7  San Francisco, CA. 94105
   Telephone: (415) 357-8504
8  Facsimile: (415) 357-8590

9  Attorneys for FRANK A. MORROW, on behalf of and as trustee for the General Unsecured
   Creditors' Liquidating Trust of the At Home Corporation
10

11

12             UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14                  SAN FRANCISCO DIVISION

15

16 | FRANK A. MORROW,                    | Case No. C 04-00931 MMC
17 |        Plaintiff,                   |
                                          | **STIPULATION FOR DISMISSAL**
18 |   vs.                               |
19 | THE MTVi GROUP, L.P., MTV            |
   | NETWORKS, et al.,                   |
20 |                                     |
   |        Defendants.                  |
21

22 ///

23 ///

24

25

26

27

28

62286.1                                              STIPULATION FOR DISMISSAL
                                                     Case No. C 04-00931 MMC

1  COMES NOW Plaintiff and Defendant The MTVi Group, L.P., MTV Networks ("MTV"),
2  pursuant to Fed. R. Civ. P. 41(a)(1), stipulate that MTV shall be dismissed with prejudice from the
3  above captioned case and each party shall bear its own costs.

4
5  Dated: July 5, 2005

MCNUTT & LITTENEKER, LLP

By: _____
Dawn D. Johnson
Attorneys for Frank A. Morrow, Trustee
At Home General Unsecured Creditors Liquidating Trust

10
11  Dated: July 5, 2005

LAFAYETTE & KUMAGAI LLP

By: _____
George M. Duff
Attorneys for Defendant the
MTVi Group, LP and MTV Networks

16  IT IS SO ORDERED.
17  Dated: July 5, 2005

**APPROVED**
Judge Maxine M. Chesney

---

62286.1      2      STIPULATION FOR DISMISSAL
Case No. C 04-00931 MMC